**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
Plaintiff

vs.

CARMELO LIRIANO-MARTINEZ
Defendant

CRIMINAL NO.: 25-CR-168 (SCC)

**SENTENCING MEMORANDUM**

TO THE HONORABLE COURT

Carmelo has been one of the notable and recognized students, participant and a speaker as a role model of resiliency for the FPD Reentry Program. His true self, humble beginnings, resiliency throughout life and care for others are some of the values that he exhibited while participating in the rehabilitation program and values recognized by friends and family. This are also values that he shares with his children in his role as a father and provider.

### A. Carmelo's was born in a poor and humble environment.

Carmelo was born in Nagua and lived with his father and mother in a royal palm bark house with palm leaf roofs without any other materials for the floor than the dirt. He was the first born from their union. But both parents had children from other relationships.  They were evicted from their home and were provided with a home in a housing program called "Las 500". Carmelos' mother washed clothes for living and she received payment with food. Carmelo's father was a taxi driver but he only provided money that would equate to a lunch a week for the family. Most of the food they had was provided by Carmelo's mom, who worked in exchange for food and the charity of neighbors. Carmelo's father used the rest of the money for his own vices

and enjoyment and for his other family. He kept a parallel relationship with his first wife and Carmelo's mom.

### B. Carmelo started working at a very early age to help his mother to provide for his siblings.

Carmelo started school when he was nine years old. The first two years felt normal, but then by the time he was 11 years old, Carmelo started working selling bread. His routine change



and did not had time to enjoy a normal childhood. Carmelo woke up at early in the morning and sold bread for several hours until 7:00 AM. He then went to school until 12:00 and home just to change and go back to selling bread until later at night. He walked hours around Nagua selling bread door to door. Carmelo is close with his mother, and he did everything to help her as she worked hard to provide for him and his children.

By the time Caramelo was 16 years old he started a fried chicken stand. It was a shared business among seven persons who paid rent for the chicken stand. Carmelo had the Mondays, and he worked at the stand at 4:00 PM until late at night. He was still going to school. Carmelo also worked in construction. The rest of the week after school. Carmelo graduated high school and moved to the capital with an uncle. He applied and took tests to enter the police academy, the air force and the marines. In the meantime, he continued working in construction. He would go back and forth between his uncle's home and his parents house until his grandmother passed away in 2004.

### C. Carmelo relocated to Puerto Rico looking for better opportunities.

In 2004, Carmelo embarked from the Dominican Republic to Puerto Rico. At first, he lived in Canóvanas and then moved to Santurce. He started living with friends and working in construction. Eventually, he was able to earn enough money to pay for his own place instead of sharing a house with other people. Most of his construction work was dedicated tile installation.



In 2007, Carmelo met his first wife Carmen Rivera. They moved together and got married when his firstborn was six months old. He lived in Carolina with his wife and children until 2013. When he moved back to the Dominican Republic. The couple decided that the children would live in the Dominican Republic with his father.  Carmelo has always been present in their lives and cannot fathom not spending time with them. He has a very close and healthy relationship with them.



He returned to Puerto Rico when his visa and legal permanent resident was approved in 2016 and continued the relationship with his wife. Carmelo had regular communications with his mother after returning to Puerto Rico. On one of those occasions while being on the phone she started having pain and other symptoms and he urged his father to get her to the hospital. Since then, she was diagnosed with pre myocardial infarction and further testing revealed that she has diabetes, suffers from hypertension and problems with the thyroid among other health problems. He and his wife eventually separated and he moved

out of the house. Carmelo continued being a responsible father and spent all the time he could with his children. Carmelo met Luz Ceneida and they started a relationship in 2020. They have been together since. Luz Ceneida says in her letter that he has been a good husband to her and a good stepfather for her daughters. The same was said in over twenty letters received from friends and family in Puerto Rico and the Dominican Republic. They all described Carmelo as a good person that is respectful, a good father, son and neighbor who is also a hardworking man.



Carmelo pursued further studies at Ana G. Méndez University and found a passion for the culinary arts but he was unable to complete his studies. The medical situation and medical costs continued increasing throughout the years. As an entrepreneur, Carmelo started a business called Envios Lirianos in 2022. He traveled back and forth to the Dominican Republic on several occasions through the year transporting and delivering goods. This gave him the chance to visit more often his mother and make sure that she was taken care of. All his earnings from his construction work and transportation business provided for his children and his mother's care and medication.

### D. Carmelo regrets his wrongdoing and has demonstrated his repentance by working hard in his rehabilitation.

Carmelo paid his taxes and lawfully registered his business with the appropriate authorities. He has worked hard since he was 11 years old and has not stopped and regrets deviation from a lawful life into committing this offense. He not only loose his liberty but will also lose his permanent resident status and the opportunity to see his children regularly as he always

does because he would be deported after serving his sentence. Carmelo joined the Federal Public Defender's Reentry program designed to focus on rehabilitation and provide the proper tools to live a law-abiding life. Carmel had the opportunity to share his life, traumatic experience, his fears and regrets while being a participant in the program. Carmelo still mourns the loss of his daughter after 13 days of being born.  His participation is best described in the attached letter from Celymar Berrios-López, the reentry program leader and one of our mitigation specialists. I could not have express it better. I make myself echo of her words. (*See* Attachment No. 1, Letter Reentry Program and Certificate).

**WHEREFORE**, it is respectfully requested that this Honorable Court take note of the above-stated and sentence Mr. Carmelo Liriano-Martinez to the lower end of the applicable guideline stipulated by the parties in the plea agreement.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of July 2025.

**RACHEL BRILL**
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF PUERTO RICO**


***S/CARMEN CORAL RODRIGUEZ***
CARMEN CORAL RODRÍGUEZ
Assistant Federal Public Defender
USDC - PR 224808
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2305
Tel.  (787) 281-4922
coral_rodriguez@fd.org